**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States for the use of International Surfacing Systems, Inc., | ) ) ) | No. CV-06-1289-PCT-LOA |
| Plaintiff, | ) ) | **NOTICE OF ASSIGNMENT AND ORDER** |
| vs. | ) ) | |
| International Fidelity Insurance Company, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to General Order No. 98-62 of the United States District Court, District of Arizona and Local Rule 3.8(a), LRCiv, Rules of Practice, effective December 1, 2005, all civil cases are, and will be, randomly assigned to a U.S. district judge or to a U.S. magistrate judge. This matter has been assigned to the undersigned U.S. Magistrate Judge.

As a result of the aforesaid Order and Rule, if all parties consent in writing, the case will remain with the assigned Magistrate Judge pursuant to 28 U.S.C. 636(c)(1) for all purposes, including trial and final entry of judgment. If any party chooses the district judge option, the case will be randomly reassigned to a U.S. district judge. To either consent to the assigned magistrate judge or to elect to have the case heard before a district judge, the appropriate section of the form, entitled Consent To Exercise Of Jurisdiction By United States Magistrate Judge[1], must be completed, signed and filed. The party filing the case or

---

[1] The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's web site at www.azd.uscourts.gov. To find the consent/election form on the District's web site, click on "Local Rules" at the top of the page,

1  removing it to this Court is responsible for serving all parties with the consent forms. Each
2  party must file a completed consent form and certificate of service with the Clerk of the
3  Court not later than 20 days after entry of appearance, and must serve a copy by mail or hand
4  delivery upon all parties of record in the case.

5  Any party is free to withhold consent to magistrate judge jurisdiction without adverse
6  consequences.  28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; Anderson v. Woodcreek
7  Venture Ltd., 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that consent is the
8  "touchstone of magistrate [judge] jurisdiction" under 28 U.S.C. §636(c).

9  A review of the Court's file indicates that Plaintiff's Complaint was filed on May 12,
10 2006.  Plaintiff shall have until June 16, 2006 within which to make its selection to either
11 consent to magistrate judge jurisdiction or elect to proceed before a United States district
12 judge. It is unknown if a copy of the appropriate consent form electronically transmitted to
13 Plaintiff's counsel on May 12, 2006 by the Clerk's office was served with the Complaint per
14 the written instructions from the Clerk.

15 Accordingly,

16 **IT IS ORDERED** that Plaintiff shall file on or before **June 16, 2006** its  written
17 election  to either consent to magistrate judge jurisdiction or elect to proceed before a United
18 States district judge.

19 **IT IS FURTHER ORDERED** that Plaintiff shall serve upon the Defendant the
20 appropriate consent form provided at the time of the filing of its Complaint  at the time of
21 service of its Complaint upon the Defendant.

22 **IT IS FURTHER ORDERED** that Defendant  shall either consent to magistrate
23 judge jurisdiction or elect to proceed before a district judge within twenty (20) days of
24 Defendant's formal appearance herein.

---

27 then click on"Forms" on the left side of the page and then click on and print the appropriate
28 form.

1 **IT IS FURTHER ORDERED** that counsel and any party, if unrepresented, shall
2 hereinafter comply with the Rules of Practice for the United States District Court for
3 the District of Arizona, as amended on December 1, 2005.  The District's Rules of Practice
4 may be found on the District Court's internet web page at www.azd.uscourts.gov/.
5 All other rules may be found as www.uscourts.gov/rules/.  The fact that a party is acting pro
6 se does not discharge this party's duties to "abide by the rules of the court in which he
7 litigates."  <u>Carter v. Commissioner of Internal Revenue</u>, 784 F.2d 1006, 1008 (9th Cir. 1986).
8 DATED this 5th day of June, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge